

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. JFM-17-0105 |
| RICHARD STELLABUTO, | : | (Possession of Controlled Substances, 21 U.S.C. § 844) |
| DEFENDANT | : | |

ooo0ooo...

## INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

From in or about April 2015, and continuing through in or about March 2016, in the District of Maryland, the Defendant, Richard **STELLABUTO,** through the use of false prescriptions obtained quantities of both Oxycodone and Adderal, for which he paid an individual who he knew to not be acting in the course of his professional practice.

21 U.S.C. § 844.

_2-21-17_
Date

_Rod J. Rosenstein_
Rod J. Rosenstein
United States Attorney

*FILED / ENTERED / LODGED / RECEIVED*
*FEB 22 2017*
*AT BALTIMORE*
*CLERK U.S. DISTRICT COURT*
*DISTRICT OF MARYLAND*
*BY _____ DEPUTY*